Joe Hays HAGGARD and JOSEPHINE HAGGARD, by their Next Friend J. W. Haggard, Movants, v. L. H. HAGGARD, Opposed.

Court of Appeals of Kentucky.

(Decided May 24, 1935.)

R. R. CRAFT for movants.

HARVEY T. LISLE and J. F. WINN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.